UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 07CR1046-L |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| PEDRO GODINEZ-ORTIZ (1), | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_\_\_    of the offense(s) of the Indictment/Information:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 14, 2010

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE